UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO.4:12-CR-36-1-BO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| WESLEY DAY | |

On motion of the Defendant, Wesley Day, and for good cause shown, it is hereby ORDERED that the **[DE 28]** be sealed until further notice by this Court.

IT IS SO ORDER.

This *18* day of October, 2012.

TERRENCE W. BOYLE
United States District Judge